```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-5-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, *on behalf of herself and all others similarly situated*,

      Plaintiff,

  v.

GIFT SERVICES, INC.,

      Defendants.

21-CV-311 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  According to the parties' April 2, 2021 letter, Dkt. 10, the parties have reached a settlement in this action, but that their settlement is contingent upon the execution of a written settlement agreement. Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days. Any application to reopen this action must be filed within sixty (60) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same sixty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: April 5, 2021
     New York, New York

                  _____
                  RONNIE ABRAMS
                  United States District Judge